IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTHEAST TEXAS, INC. AND ASSOCIATED BUILDERS AND CONTRACTORS, | § § § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | |
| JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, in her official capacity, JESSICA LOOMAN, ADMINISTRATOR, DIVISION OF WAGE AND HOUR, U.S. DEPARTMENT OF LABOR, in her official capacity, and UNITED STATES DEPARTMENT OF LABOR, | § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00396 JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## ORDER DENYING JOINT MOTION TO SET BRIEFING SCHEDULE

Before the Court is the Parties' Joint Motion to Set Briefing Schedule. [Dkt. 11]. The Parties are requesting the Court set a summary judgment briefing schedule in this matter. After considering the Plaintiff's motion and reviewing the pleadings on file and all applicable law, the Court denies the same.

It is therefore **ORDERED** that the Parties' Joint Motion to Set Briefing Schedule [Dkt. 11] is hereby **DENIED**.

**SIGNED** this 27th day of December, 2023.

Michael J. Truncale
United States District Judge