# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION

| | | |
|---|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTHEAST TEXAS; AND ASSOCIATED BUILDERS AND CONTRACTORS, INC., <br><br> Plaintiffs <br><br> vs. <br><br> JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, in her official capacity, JESSICA LOOMAN, ADMINISTRATOR, DIVISION OF WAGE AND HOUR, U.S. DEPARTMENT OF LABOR, in her official capacity, and UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 23-cv-00396-MJT <br><br> DECLARATION IN SUPPORT OF PLAINTIFFS' COMPLAINT |

I, Jane Gimler, being duly sworn, hereby state the following based on personal knowledge:

1. I am the president and CEO of Associated Builders and Contractors of Southeast Texas (ABCSETX). With its headquarters located in Nederland, Texas, ABCSETX is a non-profit trade association of two hundred construction-industry contractors and related firms performing work in Southeast Texas and around the country. Like its affiliated national organization, co-Plaintiff Associated Builders and Contractors, Inc. (ABC National), ABCSETX has a mission of preserving fair and open competition in government construction contracting, regardless of labor affiliation.

2.      I submit this Declaration in support of Plaintiffs' Complaint, which is incorporated by reference. The Complaint challenges the U.S. Department of Labor's new rules implementing the Davis–Bacon Act ("DBA"), published as final rules on August 23, 2023, under the title, *Updating the Davis–Bacon Act and Related Acts Regulations*, 88 Fed. Reg. 57526, effective October 23, 2023. I also incorporate by reference the Declaration being filed by a Vice President of ABC National regarding the many harms caused by the new rules.

3.      The challenged actions of the Department have frustrated and will continue to frustrate ABCSETX's organizational mission and will harm many of our members who perform or desire to perform public works projects covered by the DBA.

4.      ABCSETX's members consist of mostly non-union, merit-based construction contractors and related firms. These firms not only compete for and provide services on federal construction projects, but also provide subcontracting opportunities to large and small contractors in certain specialty trades. ABCSETX's members deliver taxpayer-funded construction projects on time and on budget for their federal customers. They also create jobs and other opportunities for local workers and businesses.

5.      The Department's actions alleged in the Complaint will harm ABCSETX's members. For example, the new rules will cause the Department to disproportionately adopt collectively bargained wage rates as the prevailing wage rates for construction contracts subject to the DBA, even though only 11.7% of the U.S. construction industry is unionized, and a much lower percentage is unionized in Texas, according to 2023 Bureau of Labor Statistics data.

6.      When union wage rates are disproportionally adopted by the Department as "prevailing," the Department requires that union work rules and job classifications must also be followed. The union rules and job classifications are typically unpublished and unknown to merit

contractors. Therefore, increasing the number of union wage rates found to be prevailing in Texas and around the country will impose greater risks and administrative burdens than ever on ABC's members, who are often unable to determine the proper job classifications and union work rules on projects where union wage rates are found to be prevailing.

7. The new rules are hundreds of pages long and will have major impact on human resources, payroll, legal, estimating, operations, and other significant aspects of contracting. The Department's rules will harm the members by forcing them to divert resources (staff time and attorneys fees) to familiarization, administration, and compliance.

8. The Department's new DBA rules will also harm ABCSETX and its members by expanding the DBA's coverage to activities previously exempt from the Act's requirements. Those activities include certain off-site fabricating activities, transportation, and surveying activities among others. ABC's members will also incur additional compliance costs because the rules will impute statutory coverage even when a contractor has no notice that it must comply with Davis-Bacon Act regulations.

9. This is a representative but not exclusive list of the harms that will befall many of ABCSETX's members as a result of the challenged DBA rules. Again, I second the harms described in the Complaint itself and the declaration being submitted by ABC National.

I declare under penalty of perjury that the foregoing is true and correct.

_____    11-3-23
Jane Gilmer                        Date