IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTHEAST TEXAS, INC, et al, §§§§§§§§§§§ Plaintiffs  vs.  JULIE SU, et al,  Defendants. | CASE NO. 23-CV-00396-MJT |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, Defendants' Cross-motion and Response, and Plaintiffs' Reply, and the entire record in this case, it is hereby ordered:

That Plaintiffs' Motion for Summary Judgment is GRANTED pursuant to FRCP 56, and Defendant's Cross-Motion is DENIED. Pursuant to this Order, the Department's Final Rule entitled "Updating the Davis–Bacon and Related Acts Regulations Final Rule", 88 Fed. Reg. 57526 (August 23, 2023) is hereby VACATED, and the Department is hereby enjoined from enforcing the Rule nationwide.

SO ORDERED: